<div align="right">
ALBANY,<br>
August, 1816.

THORNE<br>
v.<br>
PECK.
</div>

---

<div align="center">THORNE <em>against</em> PECK.</div>

IN ERROR, on *certiorari* to a justice's court.

The defendant in error brought an action in the court below against the plaintiff in error, who was captain of a company of militia during actual service, in the year 1814, for his wages and rations as a drummer in the company. The defendant below acknowledged that he had received money for the pay and rations of his company; and the plaintiff below had served in the company for a considerable time, and then deserted, but within ten days returned again, when the defendant below refused to take notice of him, or to call his name at roll-call. The defendant below offered to prove that the paymaster-general gave him a verbal order not to pay any money to any man who had deserted, which evidence the justice refused to hear, on the ground that the order ought to have been in writing, and that a verbal order was insufficient. The defendant then produced a written order, directed to him from the colonel of his regiment, commanding him to pay over all the money in his hands for

<div align="right" style="font-size:smaller">
In an action a-<br>
gainst an agent<br>
for money al-<br>
leged to be due to<br>
the plaintiff, the<br>
defendant may<br>
give in evidence<br>
a parol order<br>
from his princi-<br>
pal not to pay<br>
the money.
</div>

back rations, to the quarter-master of the regiment. Judgment was given for the plaintiff below.

*Per Curiam.* The verbal order of the paymaster-general was obligatory on captain *Thorne,* who, for the purpose of paying the men, acted merely as the agent of the paymaster-general, and subject to his control. The justice erred in rejecting that evidence, and the judgment ought to be reversed.

Judgment reversed.